IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RANDY MEDLOCK**                                                      **PLAINTIFF**

VS.                                        CASE NO. 3:05CV00030 GH

**CAROL BOOZER AND DICK**
**MOORE MOBILE HOMES**                                                **DEFENDANTS**

## ORDER

The Court has received two proposed Findings and Recommendations ("RD") from Magistrate Judge H. David Young. The August 22nd RD recommends that the defendants' motion to dismiss be granted. The August 29th RD recommends that plaintiff's motion for summary judgment be denied. Objections were filed by plaintiff on September 1st. After careful *de novo* review, the Court concludes that the August 22nd and August 29th Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of September, 2005.

   _____
   United States District Judge