IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RANDY MEDLOCK**                                                                                        **PLAINTIFF**

VS.                              **CASE NO. 3:05CV00030 GH**

**CAROL BOOZER AND DICK**
**MOORE MOBILE HOMES**                                                                **DEFENDANTS**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 7th day of September, 2005.

*George Howard, Jr.*
United States District Judge