IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RANDY MEDLOCK                                                                                      PLAINTIFF

v.                                              No. 3:05CV00030 GH

CAROL BOOZER AND DICK
MOORE MOBILE HOMES                                                                      DEFENDANTS

### ORDER

Pending before the Court is plaintiff's November 4th motion for reconsideration in which he states that his objections to the recommendation was filed within the time limit although mailed to the wrong court and asks that the Court rule on his objections – a copy of which he attached to the motion.

The September 7th order adopting the two proposed findings and recommendations noted that "[o]bjections were filed by plaintiff on September 1st" and those objections were considered by the Court in its *de novo* review prior to issuance of that order. Thus, the Court has already ruled on those objections.

Accordingly, plaintiff's November 4th motion (#43) for reconsideration is hereby denied.

IT IS SO ORDERED this  8th  day of November, 2005.

J. LEON HOLMES *for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE